### STOGNER *v.* STATE.

PER CURIAM.   The evidence authorized the verdict.   None of the assignments of error show cause for reversal.   The newly discovered evidence, in view of the counter-affidavits, and in the light of the facts shown on the trial, is not of such character as would probably produce a different result on another trial.   The court did not err in overruling the motion for new trial.

*Judgment affirmed.   All the Justices concur.*
No. 601.   AUGUST 13, 1918.

Indictment for murder.   Before Judge Bartlett.   Haralson superior court.   July 27, 1917.

*Lloyd Thomas, G. R. Hutchens, James Beall, Buford Boykin* and *Leon Hood,* for plaintiff in error.

*Clifford Walker, attorney-general, J. R. Hutcheson, solicitor-general, Griffith & Matthews, M. J. Head,* and *M. C. Bennet,* contra.